# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,

    Respondent

v.

SAMIR SAUNDERS,

    Petitioner

: No. 380 MAL 2021
:
:
: Petition for Allowance of Appeal
: from the **Unpublished**
: **Memorandum and Order** of the
: Superior Court at No. 1679 EDA
: 2019 entered on March 22, 2021,
: **affirming, vacating and**
: **remanding** the Judgment of
: Sentence of the Bucks County Court
: of Common Pleas at No. CP-09-CR-
: 0002212-2018 entered on April 26,
: 2019

COMMONWEALTH OF PENNSYLVANIA,

    Respondent

v.

TIMOTHY DESHAN DAVIS,

    Petitioner

: No. 381 MAL 2021
:
:
: Petition for Allowance of Appeal
: from the **Unpublished**
: **Memorandum and Order** of the
: Superior Court at No. 1572 EDA
: 2019 entered on March 22, 2021,
: **affirming, vacating and**
: **remanding** the Judgment of
: Sentence of the Bucks County Court
: of Common Pleas at No. CP-09-CR-
: 0004661-2017 entered on May 3,
: 2019

COMMONWEALTH OF PENNSYLVANIA,

    Respondent

v.

VERNON GEORGE KLINE,

    Petitioner

: No. 382 MAL 2021
:
:
: Petition for Allowance of Appeal
: from the **Unpublished**
: **Memorandum and Order** of the
: Superior Court at No. 1180 EDA
: 2019 entered on March 22, 2021,
: **affirming, vacating and**
: **remanding** the Judgment of
: Sentence of the Bucks County Court
: of Common Pleas at No. CP-09-CR-

|                                        |   |                                                                          |
|----------------------------------------|---|--------------------------------------------------------------------------|
|                                        | : | 0007906-2017 entered on July 30, 2018                                    |
| COMMONWEALTH OF PENNSYLVANIA,          | : | No. 383 MAL 2021                                                         |
|                                        | : |                                                                          |
| Respondent                             | : |                                                                          |
|                                        | : | Petition for Allowance of Appeal                                         |
|                                        | : | from the **Unpublished**                                                 |
| v.                                     | : | **Memorandum and Order** of the                                          |
|                                        | : | Superior Court at No. 1184 EDA                                           |
|                                        | : | 2019 entered on March 22, 2021,                                          |
| KEITH THOMAS MORRIS,                   | : | **vacating and remanding** the Order                                     |
|                                        | : | of the Bucks County Court of                                             |
| Petitioner                             | : | Common Pleas at No. CP-09-CR-                                            |
|                                        | : | 0005089-2017 entered on March 18,                                        |
|                                        | : | 2019                                                                     |

|                                        |   |                                                                          |
|----------------------------------------|---|--------------------------------------------------------------------------|
| COMMONWEALTH OF PENNSYLVANIA,          | : | No. 384 MAL 2021                                                         |
|                                        | : |                                                                          |
| Respondent                             | : |                                                                          |
|                                        | : | Petition for Allowance of Appeal                                         |
|                                        | : | from the **Unpublished**                                                 |
| v.                                     | : | **Memorandum and Order** of the                                          |
|                                        | : | Superior Court at No. 1218 EDA                                           |
|                                        | : | 2019 entered on March 22, 2021,                                          |
| CHRISTOPHER L. HENNEGHAN,              | : | **vacating and remanding** the Order                                     |
|                                        | : | of the Bucks County Court of                                             |
| Petitioner                             | : | Common Pleas at No. CP-09-CR-                                            |
|                                        | : | 0007376-2017 entered on March 18,                                        |
|                                        | : | 2019                                                                     |

|                                        |   |                                                                          |
|----------------------------------------|---|--------------------------------------------------------------------------|
| COMMONWEALTH OF PENNSYLVANIA,          | : | No. 385 MAL 2021                                                         |
|                                        | : |                                                                          |
| Respondent                             | : |                                                                          |
|                                        | : | Petition for Allowance of Appeal                                         |
|                                        | : | from the **Unpublished**                                                 |
| v.                                     | : | **Memorandum and Order** of the                                          |
|                                        | : | Superior Court at No. 1243 EDA                                           |
|                                        | : | 2019 entered on March 22, 2021,                                          |
| DARRIUS J. PRINCE,                     | : | **affirming, vacating and**                                              |
|                                        | : | **remanding** the Judgment of                                            |
| Petitioner                             | : | Sentence of the Bucks County Court                                       |
|                                        | : | of Common Pleas at No. CP-09-CR-                                        |
|                                        | : | 0000025-2018 entered on August 6,                                        |
|                                        | : | 2018                                                                     |

## <u>ORDER</u>

**PER CURIAM**                                    **DECIDED: August 9, 2024**

    **AND NOW**, this 9th day of August, 2024, the Petitions for Allowance of Appeal are **GRANTED**, the orders of the Superior Court are **VACATED**, and the cases are **REMANDED** to the Superior Court for reconsideration in light of the Court's decision in *Commonwealth v. Torsilieri*, __ A.3d __, 2024 WL 2789201 (Pa. filed May 31, 2024).